IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **DENNIS SCHUDLICH** § | | **PLAINTIFF** |
| and § | | |
| **ZURICH AMERICAN** § | | |
| **INSURANCE COMPANY** § | | **INTERVENOR** |
| § | | |
| v. § | | **CAUSE NO. 1:09cv00354-LG-RHW** |
| § | | |
| **TRIAD ELECTRIC AND CONTROLS,** § | | |
| **INC., and JOHN DOES 1-3** § | | **DEFENDANTS** |

### ORDER GRANTING JUDGMENT AGAINST PLAINTIFF IN FAVOR OF THE INTERVENOR

THIS CAUSE COMES BEFORE THE COURT for consideration of the lien held by Zurich American Insurance Company, Intervenor, against Plaintiff for workers' compensation benefits pursuant to the provisions of Miss. Code Ann. § 71-3-71 (1972). The parties herein previously entered into a valid Joint Stipulation of Lien setting forth the Intervenor's subrogation lien and agreeing that the same was not to be an issue submitted to the jury at trial. Having found that the Plaintiff's claims for damages were against the Defendant were subsequently submitted for consideration by a jury, and said jury having returned a verdict in favor of Plaintiff in the amount of $150,000.00, the Undersigned does hereby rule as follows:

**IT IS ORDERED** that judgment is hereby granted against Plaintiff in favor of the Intervenor in the amount of $55,841.36, the same being the amount set forth in the Joint Stipulation of Lien.

**SO ORDERED AND ADJUDGED** this the 12th day of October, 2011.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE