# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **DENNIS SCHUDLICH** | § | **PLAINTIFF** |
| | § | |
| v. | § | **CAUSE NO. 1:09cv354 LG-RHW** |
| | § | |
| **TRIAD ELECTRIC AND** | § | |
| **CONTROLS, INC., ET AL.** | § | **DEFENDANTS** |

## FINAL JUDGMENT

This action came on for trial on Monday, September 19, 2011, before the Court and a jury with Honorable Louis Guirola, Jr., Chief United States District Judge, presiding. The issues have been duly tried, and the jury has heard all of the evidence and argument of counsel and received instructions of the Court, including a Verdict Form. The jury retired to consider their verdict and returned upon their oaths, into open Court, the following verdict, to-wit:

**Question Number One**

Did Plaintiff suffer damages proximately caused by Defendant's negligence?

Answer "yes" or "no":  Yes

**Question Number Two**

What amount of money, if any, if paid now in cash, would adequately compensate Plaintiff for his damages?

Answer in dollars and cents or "none":  $150,000

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Plaintiff, Dennis Schudlich, does have and shall recover Judgment of and from the Defendant, Triad Electric and Controls, Inc., in the sum and amount of One Hundred Fifty Thousand Dollars ($150,000), which shall accrue interest at the rate of 0.10 percent starting from the date of this Judgment, plus costs.

**SO ORDERED AND ADJUDGED** this the 12th day of October, 2011.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE